1  Marc V. Kalagian
   Attorney at Law: 4460
2  211 East Ocean Boulevard, Suite 420 Long Beach, CA 90802
3  Tel: (562)437-7006
   Fax: (562)432-2935
4  E-Mail: rohlfing.kalagian@rksslaw.com
   Attorneys for Plaintiff
5  MICHAEL D. MCCORT

6

7

8               **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10

11 | MICHAEL D. MCCORT            ) Case No.: 2:14-cv-01358-GMN-NJK
                                  )
12 |        Plaintiff,             ) UNOPPOSED MOTION TO EXTEND
   | v.                            ) TIME TO FILE MOTION FOR
13 |                               ) REMAND AND/OR REVERSAL
   | CAROLYN W. COLVIN, Acting    )
14 | Commissioner of Social Security. ) (FIRST REQUEST)
                                  )
15 |        Defendant.             )
                                  )
16 | _____)

17

18    Plaintiff Michael D. McCort and Defendant Carolyn W. Colvin, Acting

19 Commissioner of Social Security, through their undersigned attorneys, stipulate,

20 subject to this court's approval, to extend the time by 7 days from November 23,

21 2014 to November 30, 2014 for Plaintiff to file her Motion for Remand and/or

22 Reversal, with all other dates in the Court's Order Concerning Review Of Social

23 Security Cases extended accordingly. This is Plaintiff's first request for an

24 extension.

25

26

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: November 24, 2014        Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Mr. Michael D. McCort


DATE:  November 24, 2014
DANIEL G. BOGDEN
United States Attorney

/s/ *Ben A. Porter*

BY: _____
BEN A. PORTER
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

**The new deadline shall be Monday, December 1, 2014.**

IT IS SO ORDERED:    _____
UNITED STATES MAGISTRATE JUDGE

DATED: November 25, 2014