# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL D. MCCORT,                        )
                                          )
          Plaintiff,              )   Case No.: 2:14-cv-01358-GMN-NJK
  vs.                                    )
                                          )   **ORDER**
CAROLYN W. COLVIN, Acting                 )
Commissioner of Social Security,          )
                                          )
          Defendant.              )

      Pending before the Court is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe, (ECF No. 24), which recommends that Plaintiff Michael D. McCort's Motion for Reversal and/or Remand (ECF No. 17) be **DENIED** and Defendant's Cross-Motion to Affirm (ECF No. 20) be **GRANTED**.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1–4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3–2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3–2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g., United States v. Reyna–Tapia,* 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, no objections were filed, and the deadline to do so has passed.

      Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 24) is **ACCEPTED and ADOPTED** to the extent that it is not inconsistent with this Order.

**IT IS FURTHER ORDERED** that Plaintiff Michael D. McCort's Motion for Reversal and/or Remand (ECF No. 17) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Cross-Motion to Affirm (ECF No. 20) is **GRANTED**.

**DATED** this   5th   day of October, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge